IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HILDA L. SOLIS, Secretary of Labor,
United States Department of Labor,

       Plaintiff,

v.                                     CIV 12-1186 MCA/KBM

NINE FORTUNE, LLC D/B/A CHINA WOK
and HAU FU CHENG,

       Defendant.

## ORDER

     At the hearing held on July 14, 2014, Defendant Hau Fu Cheng personally appeared before this Court with a Chinese interpreter, Jason Yung, and was advised by the Court that the defendant corporation, Nine Fortune, LLC, d/b/a China Wok must be represented by an attorney.  Mr. Cheng has had almost seven (7) months to obtain an attorney for Nine Fortune, LLC, and has not done so despite repeated warnings by this Court of the dire consequences for failing to do so.  *See Doc.24* (Judge Scott Order of December 17, 2013), *Doc. 29* (Judge Scott letter of February 20, 2014), and *Docs.38 & 39* (this Court's Order and Amended Order to Show Cause entered June 17, 2014).  Mr. Cheng further failed to show due diligence for his failure to do so.

     Wherefore,

     IT IS HEREBY ORDERED that if an attorney has not entered an appearance on behalf of defendant Nine Fortune, LLC, by **AUGUST 1, 2014**, this Court will recommend that any court filings by Nine Fortune, LLC, be stricken from the record and Plaintiff's

Motion for Default Judgment *(Doc. 30)* against Defendant Nine Fortune, LLC, be granted.

IT IS FURTHER ORDERED that there will be <u>no</u> further extensions of this deadline for the entry of appearance by counsel on behalf of the corporation.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE